

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00403-CV

**IN RE WINDMILL WATER SUPPLY CORPORATION**

Original Proceeding[1]

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
                Adrian A. Spears II, Justice
                Velia J. Meza, Justice

Delivered and Filed: May 19, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

On May 18, 2026, relator, Windmill Water Supply Corporation, filed its petition for writ of mandamus seeking to enjoin trial of the underlying matter, which was set to begin that same day. The petition was not accompanied by a separate motion to stay. Having considered the petition and accompanying record, this court has determined that Windmill has not established that it is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a). The petition for writ of mandamus is denied.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2026-01-36357-CV, styled *Windmill Water Supply Corporation v. Santa Perez, et al*, pending in the 38th Judicial District Court, Uvalde County, Texas, the Honorable Sid L. Harle presiding.